

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

March 28, 2022

Honorable Cathy Seibel
United States District Court
300 Quarropas St.
White Plains, NY 10601-4150

**VIA ECF**

        Re:   *Rosario v. Village of Port Chester Police Departtment, et al.*
              Docket No. 21 Civ. 6493 (CS)
              Our File No. 210090

Dear Judge Seibel:

      We represent Defendants in this case. I write to inform the Court that Xinlai Sui is no longer associated with Sokoloff Stern LLP and to request his removal from the Court's ECF docket sheet. I will continue to serve as counsel on this case and will receive all future correspondence and papers.

      Thank you for your consideration of this matter.

                    Very truly yours,

                    SOKOLOFF STERN LLP

                    Brian S. Sokoloff

BSS/--
cc:    All counsel

        **VIA ECF**